**DUGAN BARR**................................. **State Bar No. 40663**
**DOUGLAS MUDFORD**................. **State Bar No. 156392**
**J. MICHAEL FAVOR** ................... **State Bar No. 85558**
**DAVID CASE**.................................. **State Bar No. 56701**
**DOUGLAS H. NEWLAN** .............. **State Bar No. 032250**
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California  96099-4390
Telephone:  (530) 243-8008    Fax:  (530) 243-1648
Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE LORAINE BARBA;<br>JESSICA LYNN BARBA; and<br>WILLIAM DREISEN, a Minor, by and<br>Through his Guardian ad Litem,<br>LEO DREISEN, Natural Children and<br>Children and Heirs at Law of and<br>Successors in Interest to Plaintiff<br>TERESA ANN BARBA, Deceased,<br><br>     Plaintiffs,<br><br>  vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>     Defendants.<br>_____ | NO. CIV.S—02—1287 DFL DAD<br><br>**STIPULATION OF DISMISSAL**<br>**BECAUSE OF SETTLEMENT;**<br>and **ORDER APPROVING**<br>**SETTLEMENT AND STIPULATION**<br>**OF DISMISSAL BECAUSE OF**<br>**SETTLEMENT** |

     **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN AND THEIR RESPECITVE ATTORNEYS OF RECORD THAT:**

     1.   The parties have reached a settlement in this matter.

     2.   The settlement was agreed to in private mediation on February 8, 2005, in the City of Red Bluff, Tehama County, California, before The Honorable Noel Watkins, Judge (retired) of the Superior Court of the State of California, County of Tehama.

BARR & MUDFORD
Attorneys at Law

3.   The settling defendant, FORD MOTOR COMPANY will pay to MARILYN YOUNG, the natural mother of TERESA ANN BARBA; the adult plaintiffs, STEPHANIE LORAINE BARBA and JESSICA LYNN BARBA, the natural daughters of TERESA ANN BARBA; and the minor plaintiff, WILLIAMM DREISEN, the natural son of TERESSA ANN BARBA, the total sum of Thirty-One Thousand Four Hundred Seventy-Five Dollars ($31,475.00) to be disbursed as indicated below.  Additionally, the aforesaid settlement sum will be subject to attorneys' costs in the amount indicated below:

## SETTLEMENT FUNDS DISTRIBUTION

Total Settlement Amount………………………………………….....$31,475.00

Attorneys' Costs………………………………………………...…….$23,475.00
(The total amount of costs incurred by Barr & Mudford, LLP in prosecuting this case on behalf of TERESA ANN BARBA is $93,187.93, which amount far exceeds the total settlement sum.  Therefore, Barr & Mudford, LLP (attorneys for plaintiffs herein) has reduced its cost bill by $69,712.93 and waives its attorneys' fees.)

Net Settlement (after Attorneys' Costs and Fees)…………........... ………….$ 8,000.00

Net Settlement Amount (After Costs and Fees) to be Paid to Adult Plaintiff
        **STEPHANIE LORAINE BARBA**…………………....…..….…$ 2,000.00

Net Settlement Amount (After Costs and Fees) to be Paid to Adult Plaintiff
        **JESSICA LYNN BARBA**…………………………...…...…..…$ 2,000.00

Net Settlement Amount (After Costs and Fees) to be Paid to
        **MARILYN YOUNG**……………………………....…...….…..$ 2,000.00

Net Settlement Amount (After Costs and Fees) to be Paid to Minor Plaintiff
        **WILLIAM DREISEN**…...……………………......….…..$ 2,000.00

## OUTSTANDING MEDICAL LIENS

4.   A medical lien in the amount of $417,639.65 asserted by the State of California,

Stipulation of Dismissal Because of Settlement; and Order Approving Settlement
and Stipulation of Dismissal Because of Settlement

BARR & MUDFORD
Attorneys at Law

Department of Health Services; and a medical lien in the amount of $194,439.50 asserted by the State of Oregon, Department of Human Services, are waived, because the total settlement amount is less than the legal costs incurred by Barr & Mudford, LLP in prosecuting this case.

5.   The settlement amount of Thirty-One Thousand Four Hundred Seventy-Five Dollars ($31,475.00) is deemed to be in good faith and bars any and all future action(s) (by any and all plaintiffs) arising out of the automobile accident that occurred on April 12, 2001, in the City of Yreka, County of Siskiyou, State of California, in which plaintiffs' loved one, TERESA ANN BARBA ("decedent"), sustained severe injuries that subsequently resulted in her death on November 19, 2003.   Specifically, the claim(s) and/or any future claim(s) of MARILYN YOUNG (the decedent's mother); and the claim(s) and/or any future claim(s) of the adult plaintiffs, STEPHANIE LORAINE BARBA (the decedent's natural daughter) and JESSICA LYNN BARBA (the decedent's natural daughter); and the claim(s) and/or any future claim(s) of the minor plaintiff, WILLIAM DREISEN (the decedent's natural son), who are the heirs at law and successors in interest to the decedent plaintiff, TERESA ANN BARBA, against defendant FORD MOTOR COMPANY in connection with the automobile accident of April 12, 2001, and the resultant death of TERESA ANN BARBA on November 19, 2003, will be completely and forever resolved and settled upon the signing of the *Order Approving Stipulation of Dismissal Because of Settlement* (which is a part hereof) by the Honorable David F. Levi, Judge of the United States District Court, Eastern District of the State of California.

### REGARDING SETTLEMENT ON BEHALF OF PLAINTIFF
### WILLIAM DREISEN, A MINOR

WILLIAM DREISEN, a minor, by and through his Guardian ad Litem, LEO DREISEN, hereinafter respectfully alleges:

Stipulation of Dismissal Because of Settlement; and Order Approving Settlement
and Stipulation of Dismissal Because of Settlement

6.    On April 23, 2004, by Order of The Honorable David F. Levi, Judge of the above-entitled court, LEO DREISEN was appointed as the Guardian ad Litem of the minor plaintiff, WILLIAM DREISON, authorizing LEO DREISEN to act in that capacity on behalf of the minor, WILLIAM DREISON, in the above-captioned case.

7.    In his capacity of Guardian ad Litem, LEO DREISON hereby seeks leave of this Court to settle the minor's claim in connection with the death of the minor's mother, TERESA ANN BARBA, and to execute this *Stipulation of Dismissal Because of Settlement* and to execute any and all other documents necessary to finalize the settlement on behalf of the minor, WILLIAM DREISON, as set forth hereinabove.

8.    Further, LEO DREISON, in his capacity of Guardian ad Litem for WILLIAM DREISON (the minor plaintiff herein), respectfully requests that the Court issue an *Order* regarding monies received on behalf of the minor.  Specifically, LEO DREISON requests an *Order* of this Court that, pursuant to *Probate Code, Article 2, §3611(e),* the minor's net settlement sum of $2,000.00 be paid in one lump sum to the minor's father and Guardian ad Litem, LEO DREISON, to be used at his sole discretion for the benefit of the minor, because the net settlement amount of Two Thousand Dollars ($2,000.00) (after costs) realized by the minor in this matter is less than Five Thousand Dollars ($5,000.00).  The aforesaid requested *Order* is part of and incorporated into the "Order" portion of this stipulation.

9.    **NAME, AGE AND DATE OF BIRTH OF MINOR:**
      WILLIAM DREISEN (hereinafter referred to as "the minor")
      Fifteen (15) Years of Age          Date of Birth:  October 30, 1988

10.   **RESIDENCE OF WILLIAM DREISEN, MINOR :**
      300 Melanie Circle, Orland (Glenn County), California 95963

11.   **RESIDENCE OF LEO DREISEN, GUARDIAN AD LITEM FOR MINOR:**
      300 Melanie Circle, Orland (Glenn County), California 95963

**Page 4 of 10**

BARR & MUDFORD
Attorneys at Law

12. **DATE OF INCIDENT**:

April 12, 2001; and November 19, 2003

13. **PLACE AND CIRCUMSTANCES OF INCIDENT**:

The minor is the natural son of LEO DREISEN and TERESA ANN BARBA.  On April 12, 2001, TERESA ANN BARBA was driving her 1989 Ford Tempo automobile (hereinafter referred to as "the Ford") on Fairlane Road in the City of Yreka, County of Siskiyou, State of California, when she lost control of the Ford so that it left the roadway, struck a mail box and a utility pole, rolled over and crashed.  The aforesaid automobile accident is hereinafter referred to as "the accident."  At the time of the accident, the Ford was alleged to be in a dangerous and defective condition and is alleged to have contributed to the death of TERESA ANN BARBA.

**Damages Sustained by Plaintiff William Dreisen, a Minor:**

14. The minor plaintiff, WILLIAM DREISEN, suffered the loss of his mother, TERESA ANN BARBA, who died on November 19, 2003, as a result of injuries she sustained in the accident and as a result of the alleged defective product(s) (the Ford and its component parts), as described hereinabove.

15. As a result of the accident and the resultant death of his mother, TERESA ANN BARBA,  the minor has a disputed claim for the wrongful death of his mother against defendant FORD MOTOR COMPANY.  Defendant FORD MOTOR COMPANY denies liability for the injuries and/or damages suffered by the minor but, by way of compromise, has offered to pay a total settlement sum of Thirty-One Thousand Four Hundred Seventy-Five Dollars ($31,475.00); in consideration of a full and final release and discharge of and from all claims, charges and demands of the minor plaintiff because the net settlement amount of Two Thousand Dollars ($2,000.00) (after costs) realized by the minor in this matter is less than Five Thousand Dollars

BARR & MUDFORD
Attorneys at Law

($5,000.00), and all other plaintiffs arising from the accident and the subsequent death of TERESA ANN BARBA ("decedent").

16.   This stipulation was prepared by BARR & MUDFORD, LLP, representing MARILYN YOUNG (the mother of TERESA ANN BARBA); the adult plaintiffs, STEPHANIE LORAINE and JESSICA LYNN BARBA (the natural daughters of TERESA ANN BARBA); and the minor plaintiff, WILLIAM DREISEN (the natural son of TERESA ANN BARBA).

17.   LEO DREISEN, in his capacity as Guardian ad Litem of the minor plaintiff WILLIAM DREISEN ("the minor"), has made a careful and diligent inquiry and investigation to ascertain the facts and circumstances relating to the aforesaid accident, the resultant death of TERESA ANN BARBA and the responsibility therefor.  Further, LEO DREISEN, as Guardian ad Litem of and behalf of the minor, fully understands that, if the settlement proposed herein is approved by this Court and is consummated, the minor, WILLIAM DREISEN, will be forever barred and prevented from seeking any further recovery or compensation of any kind from the settling defendant, FORD MOTOR COMPANY, even though said minor's damages might, in the future, prove to be greater than thought now to be

18.   LEO DREISEN, as the natural father and Guardian ad Litem of the minor, WILLIAM DREISEN, hereby recommends the settlement, as proposed herein on behalf of the minor, to the Court as being fair and reasonable and in the best interest of the minor.

19.   Under the terms of the settlement between the parties, as described herein, the parties respectfully request that this action be dismissed with prejudice upon the execution of this *Stipulation of Dismissal Because of Settlement* by the parties and upon the signing of the *Order Approving Settlement and Stipulation of Dismissal Because of Settlement* (which is a part hereof) by The Honorable David F. Levi, Judge of the United States District Court, Eastern District of California.

**Page 6 of 10**

WHEREFORE, plaintiffs pray that this Court make its order approving this *Stipulation of Dismissal Because of Settlement*, and for such other and further order as the Court may deem reasonable and proper under the circumstances.

**IT IS SO STIPULATED:**

BARR & MUDFORD, LLP

Dated:  May 12, 2005                    By: _____ /S/ _____
                                                                DAVID CASE
                                                        Attorneys for Plaintiffs

SHOOK, HARDY & BACON, LLP

Dated:  May 31, 2005                    By; _____ /S/ _____
                                                        RANDALL D. HAIMOVICI
                                                        Attorneys for Defendant
                                                        FORD MOTOR COMPANY

Dated:  June 8, 2005                    By;
_____ /S/ _____
                                                        MARILYN YOUNG
                                                        Natural Mother of Decedent,
                                                        TERESA ANN BARBA

Dated:  June 8, 2005                    By;
_____ /S/ _____
                                                        STEPHANIE LORAINE BARBA
                                                Plaintiff & Natural Adult Daughter of Decedent,
                                                        TERESA ANN BARBA

Stipulation of Dismissal Because of Settlement; and Order Approving Settlement
and Stipulation of Dismissal Because of Settlement

BARR & MUDFORD
Attorneys at Law

1

2

3

4

Dated:  July 3, 2005                         By;
_____/S/_____

5

JESSICA LYNN BARBA
Plaintiff & Natural Adult Daughter of

6

Decedent,

TERESA ANN BARBA

7

8

9

Dated:  June 15, 2005                     By; _____/S/_____

10

LEO DREISEN
As Guardian ad Litem for Plaintiff

11

WILLIAM DREISEN

12

Minor Plaintiff & Natural Son of Decedent
TERESA ANN BARBA

13

14

15

16

17

18

**VERIFICATION AS TO PLAINTIFF**

19

**WILLIAM DREISEN, A MINOR**

20

21

  I, LEO DREISEN, am the natural father and Guardian ad Litem of the minor,

22

WILLIAM DREISEN, who is a plaintiff in the above-entitled action.  I have read the foregoing

23

*Stipulation of Dismissal Because of Settlement* and know the contents thereof, and I certify

24

that the same is true of my own knowledge, except as to those matters which are therein stated

25

upon my information and belief, and as to those matters, I believe it to be true.

26

27

**Page 8 of 10**

28

BARR & MUDFORD
Attorneys at Law

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Executed this 15 day of June, 2005, at Redding, California.


_____/S/_____
LEO DREISEN, as Guardian ad Litem for
Plaintiff WILLIAM DREISEN, a Minor

Gq


## ORDER APPROVING SETTLEMENT AND STIPULATION OF DISMISSAL BECAUSE OF SETTLEMENT

**GOOD CAUSE APPEARING THERFOR**,

**IT IS HEREBY ORDERED** that the *Settlement* proposed herein be and hereby is approved;

**IT IS FURTHER ORDERED** that the *Stipulation for Dismissal Because of Settlement* be and hereby is approved;

**IT IS FURTHER ORDERED** that the medical lien in the amount of $417,639.65 asserted by the State of California, Department of Health Services; and the medical lien in the amount of $194,439.50 asserted by the State of Oregon, Department of Human Services, in connection with this matter (medical expenses incurred by TERRESA ANN BARBA prior to her death) are hereby waived;

**IT IS FURTHER ORDERED** that Barr & Mudford, LLP be paid the sum of $23,475.00 out of the total settlement amount as partial reimbursement for its costs incurred in this matter;

BARR & MUDFORD
Attorneys at Law

**IT IS FURTHER ORDERED** that this action be dismissed with prejudice;

**IT IS FURTHER ORDERED** that, pursuant to the terms of this stipulation and the settlement described in this stipulation, MARILYN YOUNG and the adult plaintiffs, STEPHANIE LORAINE BARBA and JESSICA LYNN BARBA, each be paid the sum of $2,000.00 out of the net settlement (after costs);

**IT IS FURTHER ORDERED** that the net settlement sum (after costs) of $2,000.00 designated for the minor, WILIAM DREISEN, be paid to LEO DREISEN, in his capacity of Guardian ad Litem of said minor, to be used at the discretion of said Guardian ad Litem for the benefit of the minor; and

**IT IS FURTHER ORDERED** that the total settlement amount of $31,475.00 be disbursed as set forth above in this stipulation.

**IT IS SO ORDERED:**

Dated:  10/5/2005

/s/ David F. Levi
DAVID F. LEVI
United States District Judge